PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Blvd.
    Baltimore, Maryland 21235
    Telephone: (510) 970-4819
    Facsimile: (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE SWEENEY, | Case No. 2:22-cv-01868-JDP |
| Plaintiff, | STIPULATION & [PROPOSED] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this matter be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Commissioner will further develop the record as necessary, offer Plaintiff an opportunity for a hearing, evaluate Plaintiff's subjective allegations, and take any action appropriate to issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 27, 2023

By:*/s/ \*Geralyn Gulseth for Francesco Benavides*
FRANCESCO BENAVIDES
Attorney for Plaintiff
[\*As authorized by e-mail on February 27, 2023]

Dated: March 7, 2023          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: */s/ Geralyn Gulseth*
GERALYN GULSETH
Special Assistant United States Attorney
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   March 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE